## CIVIL MINUTES – GENERAL

Case No.   EDCV 17-2014-GW (KS)                                          Date: May 18, 2018

Title   *Faye Agustin Ibarra v. Commissioner of Social Security*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On October 3, 2017, Plaintiff, a California resident, through counsel filed a Complaint seeking review of the denial of her application for disability insurance benefits ("DIB"). (Dkt. No. 1.) On October 4, 2017, the Court issued a Case Management Order, which requires the parties to "cooperate in the preparation of a joint submission regarding the issues on appeal." (Dkt. No. 8) On February 20, 2018, Defendant filed the Answer and Certified Administrative Record. (Dkt. Nos. 13, 14.) Based on the Case Management Order's schedule, Plaintiff's portion of the Joint Submission was due to Defendant thirty five days later, on March 27, 2018. (Dkt. No. 8.) Defendant's portion of the Joint Submission was due to Plaintiff thirty five days later on May 1, 2018. (*Id*.) Plaintiff's optional reply was due to Defendant fourteen days later on May 15, 2018. (*Id*.) The completed Joint Submission is due to be filed with the Court by Defendant on May 22, 2018. (*Id.*)

The Court is now in receipt of Defendant's Notice of Nonreceipt of Plaintiff's Initial Portion of the Joint Stipulation, filed on May 17, 2018 ("Notice of Nonreceipt"). (Dkt. No. 15.) More than seven weeks have passed since Plaintiff's initial portion of the Joint Submission was due to Defendant. In the Notice of Nonreceipt, Defense Counsel represents to the Court that Defendant never received Plaintiff's initial portion of the Joint Submission. (*Id*.) Exhibits attached to Defendant's Notice of Nonreceipt demonstrate that counsel for both parties have communicated regarding this issue. (*Id.*, Exs. 1 and 2.) Plaintiff's counsel claims to have sent Plaintiff's portion of the Joint Submission (*id.*, Ex. 2), but Defense counsel claims to not have received it *(id.*, Ex. 1).

### CIVIL MINUTES – GENERAL

Case No.  EDCV 17-2014-GW (KS)                                             Date: May 18, 2018

Title      *Faye Agustin Ibarra v. Commissioner of Social Security*

     Prior to this Notice of Nonreceipt, the Court has not received any extension requests or any other filings from either party regarding the status of this case since the Answer (Dkt. No. 13) and Administrative Record (Dkt. No. 14) were filed on February 20, 2018.  Without the Joint Submission, this case cannot move forward.

     Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."  Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to prosecute and timely comply with the Court's October 4, 2017 Case Management Order.

     **However, in the interests of justice, Plaintiff is ORDERED TO SHOW CAUSE on or before May 28, 2018, why the Court should not recommend that this action be dismissed for failure to prosecute.  Plaintiff may discharge this Order by:  (1) submitting her initial portion of the Joint Submission to Defendant and filing a corresponding proof of service with her Response to this Order to Show Cause; or (2) filing a request for an extension of time to serve her initial portion of the Joint Submission on Defendant that demonstrates good cause for her failure to comply with the Court's October 4, 2017 Case Management Order.  Alternatively, Plaintiff may dismiss the entire matter without prejudice by filing a Notice of Voluntary Dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.**

     **Plaintiff's failure to timely comply with this order will result in a recommendation of dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

                                                                                                         :

                                                       **Initials of Preparer**   rhw